GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
MICHAEL B. BERNACCHI, State Bar No. 163657
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendant, The Guardian Life Insurance Company Of America

**FILED**

DEC 2 7 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP R. POLLOCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO. C 05-00721 MJJ<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Phillip R. Pollock and defendant The Guardian Life Insurance Company of America by and through their respective counsel of record in the above-entitled action, hereby stipulate to the

///

///

///

///

5212 / 91005.1

Case No. C 05-00721 MJJ
STIPULATION OF DISMISSAL

dismissal of said action in its entirety, with prejudice, each party to bear his or its own costs and attorney fees.

DATED: December 14, 2005

By: _____
Plaintiff, PHILLIP R. POLLOCK, In Pro Per

DATED:  December 13, 2005

GALTON & HELM LLP
DANIEL W. MAGUIRE
MICHAEL B. BERNACCHI

By: _____
MICHAEL B. BERNACCHI
Attorneys for Defendant THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

12/27/2005
DATE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 500 South Grand Avenue, Suite 1200, Los Angeles, California 90071-2624.

On December 15, 2005, I served the following document(s) described as **STIPULATION OF DISMISSAL** on the interested party(ies) in this action as follows:

☒ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately ____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 629-0037. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

Executed on December 15, 2005, at Los Angeles, California.

_____
Agnes D. Tualla

## SERVICE LIST

### Pollock v. The Guardian

Phillip R. Pollock
Tobin & Tobin
500 Sansome Street, Suite 800
San Francisco, CA 94111-3214

Telephone: (415) 922-1639